## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                )
                                      )
   QUANITA S. WEBB           )    Case No. 2017  B 24897
                                      )
                                      )    Judge Cox
                                      )

### NOTICE OF MOTION

To the following named persons or entities:

See Service List Attached

    Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Bankruptcy Judge presiding in his or her stead at the United States Bankruptcy Court, 219 S. Dearborn Chicago, Illinois, and in the following Courtroom, and present the attached Motion, at which time and place you may appear:

| | | | |
|---|---|---|---|
| JUDGE: | bARNES | DATE | September 27, 2017 |
| COURTROOM | 744 | TIME: | 10:00 a.m. |

MARTIN Y. JOSEPH
Attorney for Carolyn Jezierski
221 N. LaSalle
Suite 1906
Chicago, Illinois 60601
312-749-1693

### PROOF OF SERVICE BY MAIL

I, Martin Y. Joseph, the attorney certify, I served this Notice by mailing a copy to the above address(es) and depositing the same in the U.S. Mail at Morton Grove Post Office, Morton Grove, Illinois, at 4:00 p. m. on September 20 , 2017 with proper postage prepaid, or by Electronic Filing.

                                                                                */s/ Martin Y. Joseph*

SERVICE LIST
Quanita S. Webb
17 B 24897

Norman B Newman
Chapter 7 Trustee
Much Shelist, P.C.
191 North Wacker Drive Ste 1800
Chicago, IL 60606            Via ECF

David Siegal
Attorney For Debtor
700 Chadwick Dr.
Wheeling< IL. 60090          Via ECF

Quantita S. Webb
5322 W. 24th Street
Apt 1
Cicero, IL. 60804            Via First Class Mail

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:

QUINITA S. WEBB                )
                               )
                               )
                               )    Case No. 2017 B 24897
                               )
                               )    Judge Barnes

### MOTION TO MODIFY AUTOMATIC STAY

Now comes, Carolyn Jezierski, by and through her attorney Martin Y. Joseph, and moves this Honorable Court to Modify the Automatic Stay to allow movant to attempt to obtain possession of the property commonly known as 5322 W. 24th Street 1st Floor Cicero, IL 60804 and to allow Movant to seek payment for a post-petition rent due. and in support thereof movant states as follows:

1. Debtor filed the instant Chapter 7 case on Augustr 21, 2017..

2. Movant Carolyn Jezierski is the owner of the property commonly known as 5322 W. 24th Street 1st Floor Cicero, IL 60804 .

3. Debtor, is the movant's tenant, and is currently residing in said property to the detriment of the movant.

4. Debtor is in arrears for pre-petition rent of $950.00 monthly from May 2017 to August, 2016 and owed Movant a total of $3800.00.

5. Debtor has failed to make any rental payments from May, 2017 to the date of the filing of this motion and if no additional payments are receives owes the movant $4750.00 through September, 2017

6. As the current owner of the property, it is the responsibility of the movant, Carolyn Jezierski, to obtain possession of the property.

7. The Sheriff of Cook County refuses to evict the debtor without an order modifying the automatic stay.

8. Possession of the real property is not necessary for an effective for the debtor.

-1-

WHEREFORE, movant, Carolyn Jezierski, prays as follows:

1. That the Automatic Stay be modified to allow Carolyn Jezierski to attempt to obtain possession of the property commonly known as 5322 W. 24th Street 1st Floor Cicero, IL 60804 .

2. That Federal Bankruptcy Rule 4001 (a) (3) be waived.

Respectfully Submitted,

Martin Y. Joseph

Martin Y. Joseph
Attorney for Carolyn Jezierski
221 N. LaSalle Suite 1906
Chicago, IL. 60601
312-749-1693
Attorney # 1369563

-2-

## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Quanita S. Webb__ Case No. __2017 B 24897__ Chapter __7__

All Cases: Moving Creditor __Carolyn Jezierski__ Date Case Filed __August 21, 2017__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
          ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __Apartment__

2. Balance Owed as of Petition Date $ __3800.00__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ __50,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __4__   Amount $ __3800.00__
   
   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months __1__   Amount $ __950.00__
      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __September 20, 2017__                    _____
                                                Counsel for Movant

(Rev. 12/21/09)