UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:   17-24897
QUANITA S. WEBB  )
 )   Chapter:  7
 )   Honorable Timothy Barnes
 )
 )
Debtor(s)  )

## ORDER MODIFYING AUTOMATIC STAY

IT IS HEREBY ORDERED THAT:

1. The automatic Stay is hereby modified so as to not restrain Carolyn Jezierski from pursuing nonbankruptcy remedies with respect to the property commonly known as 5322 W. 24th St. 1st floor, Cicero, IL. 60804.

2. Notwithstanding anything to the contrary in Fed Bankr. Rule P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 27, 2017

**Prepared by:**

Martin Y. Joseph
Attorney For Movant
221 N. LaSalle Ste 1906
Chicago, IL. 60601
312-749-1693
Attorney # 1369563